# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**July 15, 2020**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

> The case remains stayed pending the result of mediation. The parties should report to the Court on the status of the case seven days after the completion of mediation.
> SO ORDERED.
>             /s/ John G. Koeltl
> New York, NY        John G. Koeltl
> July 16, 2020        U.S.D.J.

**Re: Small v. Stellar Management LTD et al**
   Case No.  20-CV-02540 (JGK)(SDA)
   **Motion for Extension of Time**

Dear Judge Koeltl:

My firm represents plaintiff Jonathan Small ("Plaintiff"), in the above-referenced action. I respectfully write to request that the deadlines set forth in the Court's July 1, 2020 order be extended and held in abeyance until 10 days after completion of mediation in this case. This request is being made with the consent of and after discussions with defense counsel aimed at resolving the entire case – saving litigation time and resources will likely help to achieve that goal. No prior request for an extension of these deadlines was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsels via ECF**